**Order entered July 1, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00100-CV

## IN RE ELDA TELLE , ELAINE BOSCH, CAITLIN DICKEY AND CHICAGO TITLE OF TEXAS, LLC, Relators

### Original Proceeding from the 471st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 471-01185-2021

### ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Before the Court is relators' petition for writ of mandamus challenging the trial court's orders holding relators in contempt.

We request that the respondent and real party in interest file a response, if any, to relators' petition for writ of mandamus within **TWENTY DAYS** of the date of this order.

/Craig Smith/
CRAIG SMITH
JUSTICE